Order entered November   27   , 2012

003054



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00904-CR

### ANDRES HERRERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-11091-R**

## ORDER

The Court **REINSTATES** the appeal.

On October 10, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant has been removed from the country and returned to his native country; and (2) appellant has not communicated with counsel regarding the appeal. Based on the findings, we conclude appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted, without briefs and argument, as of the date of this order, to a panel consisting of Justices Richter, Lang-Miers, and Myers. *See* Tex. R. App. P.

38.8(b).


DAVID L. BRIDGES
JUSTICE